PHILLIP A. TALBERT
United States Attorney
LISA A. THOMAS
Regional Chief Counsel, Region VII
SARAH E. PRESTON, MO BAR 60154
    Special Assistant United States Attorney
    601 E 12th Street, Suite 965
    Kansas City, MO 64106
    Telephone: (816) 936-5931
    Facsimile: (833) 950-3518
    Email: Sarah.Preston@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| PAUL GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:21-cv-00698-SKO<br><br>STIPULATION AND ORDER TO REMAND<br><br>(Doc. 18) |

    IT IS STIPULATED by and between Paul Garcia (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to further evaluate the opinion of consultative examiner Ekram Michiel, M.D.  The parties further request that the

Stip. to Remand; 1:21-cv-00698-SKO

Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 22 day of April, 2022.

Dated:  April 25, 2022        /s/ *Jonathan O. Peña*
                              JONATHAN O. PEÑA
                              Attorney for Plaintiff
                              *Authorized via e-mail on April 22, 2022

Dated:  April 25, 2022        PHILLIP A. TALBERT
                              United States Attorney
                              LISA A. THOMAS
                              Regional Chief Counsel, Region VII
                              Social Security Administration

                    By:       /s/ *Sarah E. Preston*
                              SARAH E. PRESTON
                              Special Assistant United States Attorney

                              Attorneys for Defendant

## **ORDER**

Based upon the parties' Stipulation to Remand (Doc. 18), and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Paul Garcia and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Stip. to Remand; 1:21-cv-00698-SKO

| | | |
|---|---|---|
| 1 | Dated:   **April 25, 2022** | /s/ *Sheila K. Oberto* |
| 2 | | UNITED STATES MAGISTRATE JUDGE |